AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name. Middle initial)<br><br>Walter, Donald E | 2. Court or Organization<br><br>U.S. Dist Ct; Western Dist LA | 3. Date of Report<br><br>5/19/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge-Senior | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ⦿ Annual ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>300 Fannin Street, Suite 4200<br><br>Shreveport, Louisiana 71101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Power of Attorney | Father |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 24 11 21 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. George Mason University Law & Economics Center | September 30-October 3 - Food, lodging and transportation (Churchill) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter,  Donald E | 5/19/05 |

## VII  INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE    (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.    See attached description | A | Timber Farm Rent | N | W | | | | | |
| 2.    Jefferson Davis Bank & Trust Account | A | Interest | K | T | | | | | |
| 3.    See attached description | D | Royalty | K | V | | | | | |
| 4.    Jefferson Davis Bank Common Stock | E | Dividend | N | T | | | | | |
| 5.    See attached description | A | Rent | M | W | | | | | |
| 6.    Pierremont Oaks Tennis Club | | None | J | T | | | | | |
| 7.    Left intentionally blank | | | | | | | | | |
| 8.    Left intentionally blank | | | | | | | | | |
| 9.    Bell South Common Stock | A | Dividend | | | Sale | 5/5 | K | E | |
| 10.    SBC Communication | A | Dividend | | | Sale | 5/5 | J | D | |
| 11.    AT&T Wireless Services, Inc. | | None | | | Sale | 5/5 | J | A | |
| 12.    Jefferson Davis Bank & Trust Common Stock | E | Dividend | N | T | | | | | |
| 13.    Sun Oil Company Common Stock | A | Dividend | | | Sale | 5/5 | J | D | |
| 14.    Other assets | | | | | | | | | |
| 15.    Left intentionally blank | | | | | | | | | |
| 16.    Merrill Lynch CMA Money Funds | A | Dividend | J | T | Transfers throughout year | | J | None to/from ML Bank Deposit Program | |
| 17.    See description | E | Royalty | M | V | | | | | |
| 18.    See description | D | Royalty | K | V | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E | 5/19/05 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Coastal Club Common Stock | | None | L | T | | | | | |
| 20. Merrill Lynch Global Smallcap Fund CL | A | Dividend | K | T | | | | | |
| 21. Left intentionally blank | | | | | | | | | |
| 22. Note: Valuation Code V-asset value on 36mth gross prod | | | | | | | | | |
| 23. Other assets | | | | | | | | | |
| 24. Exxon Mobil Common Stock | A | Dividend | K | T | Partial Sale | 5/5 | K | E | |
| 25. Left intentionally blank | | | | | | | | | |
| 26. Time Warner Inc | | None | | | Sale | 5/5 | J | A | |
| 27. Intel Corp Common Stock | A | Dividend | K | T | | | | | |
| 28. Oracle Corp Common Stock | | None | J | T | Partial Sale | 5/5 | J | D | |
| 29. Kerr McGee Common Stock | A | Dividend | | | Sale | 5/5 | J | B | |
| 30. Bancorp South Account | A | Interest | J | T | | | | | |
| 31. Schering Plough Corp Common Stock | A | Dividend | | | Sale | 5/5 | J | A | |
| 32. Verizon CommuniCo Common Stock | A | Dividend | J | T | Partial Sale | 5/5 | J | D | |
| 33. Left intentionally blank | | | | | | | | | |
| 34. Pfizer Common Stock | A | Dividend | J | T | Partial Sale | 5/5 | J | A | |
| 35. Left intentinoally blank | | | | | | | | | |
| 36. Merrill Lynch Banking | A | Interest | J | T | Transfers throughout the year to/from ML Bank Deposit Progrm | | J | None | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E | 5/19/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Left intentinally blank | | | | | | | | | |
| 38. Left intentionally blank | | | | | | | | | |
| 39. Left intentionally blank | | | | | | | | | |
| 40. Left intentionally blank | | | | | | | | | |
| 41. Boeing Air Common Stock | A | Dividend | | | Sale | 3/12 | J | A | |
| 42. GE Common Stock | A | Dividend | J | T | | | | | |
| 43. Left intentionally blank | | | | | | | | | |
| 44. Dreyfus General Money Market Fund | A | Dividend | J | T | Purchase throughout the year | | J | | |
| 45. Assets covered by power of attorney listed in Part I: | | | | | | | | | |
| 46. Jeff Davis Bank & Trust Bank Accounts | A | Interest | J | T | | | | | |
| 47. US Gov Bonds | E | Interest | | | Sale | Throughout the year | F | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15.000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Walter, Donald E | 5/19/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## ATTACHMENT TO FINANCIAL DISCLOSURE REPORT

## OF DONALD E. WALTER

## MAY 15, 2005

### Part VII – Investments and Trusts

Description of #1
Undeveloped land outside of Waynesboro, Wayne County, Mississippi, and Louisiana farmlands located in Jefferson Parish, Louisiana.

Description of #3
Working interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc.

Description #5
An undivided interest in real estate located in Jennings, Louisiana.

Description #17
Royalty interest in Jeff Davis and Vermillion Parishes, Louisiana – Production income paid by Amerada Hess and Hillcorp Energy, and lease paid by Cash River Exploration.

Description #18
Working interest – Alabama Ferry Units in Leon, Houston and other counties in Texas income paid by Hillcorp Corporation.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Walter, Donald E | 5/19/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date_____ 5 | 19 | 2005 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544